IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SCOTT, an individual, on behalf of herself, all others similarly situated,<br><br>       Plaintiff,<br><br>  v.<br><br>PRO'S CHOICE BEAUTY CARE, INC.,<br><br>       Defendant.<br>                                                                    / | No. C 08-04697 WHA<br><br>**ORDER DENYING STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE** |

Good cause not shown, the Court **DENIES** the parties' request to continue this matter for at least ninety days in order to try mediation.

**IT IS SO ORDERED.**

Dated: January 9, 2009.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE