MELODIE K. LARSEN, (SBN 110819)
E-mail: mlarsen@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
PRO'S CHOICE BEAUTY CARE, INC.

DAVID A. MARKHAM (SBN 071814)
Email: dmarkham@clarkmarkham.com
R. CRAIG CLARK (SBN 129912)
Email: cclark@clarkmarkham,com
JAMES TREGLIO (SBN 228077)
Email: jtreglio@clarkmarkham.com
CLARK & MARKHAM LLP
600 B. Street, Suite 2130
San Diego, CA 92101
Tel: 619.239.1321 Fax: 619.239.5888

Attorneys for Plaintiff Bonnie Scott

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| BONNIE SCOTT, an individual, on behalf of herself, all others similarly situated, | Case No. C08-4697-WHA |
|---|---|
| Plaintiff, | [~~PROPOSED~~] ORDER CONTINUING DATE FOR RULE 26 DISCLOSURES |
| v. | |
| PRO'S CHOICE BEAUTY CARE, INC., | |
| Defendant. | |

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-8979-3027 v1

CASE NO.: C08-4697-WHA
[~~PROPOSED~~] ORDER

# __ORDER__

Good cause appearing, the deadline for Rule 26 disclosures is continued from February 19, 2009 to March 4, 2009.

Date: February <u>19</u>, 2009



_____
William ᴇ.
United States District Judge

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4812-8979-3027 v1

- 1 -

CASE NO. C08-4697-WHA
[PROPOSED] ORDER