MELODIE K. LARSEN, (SBN 110819)
E-mail: mlarsen@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
PRO'S CHOICE BEAUTY CARE, INC.

DAVID R. MARKHAM (SBN 071814)
Email: dmarkham@clarkmarkham.com
R. CRAIG CLARK (SBN 129912)
Email: cclark@clarkmarkham,com
JAMES TREGLIO (SBN 228077)
Email: jtreglio@clarkmarkham.com
CLARK & MARKHAM LLP
600 B. Street, Suite 2130
San Diego, CA 92101
Tel: 619.239.1321 Fax: 619.239.5888

Attorneys for Plaintiff Bonnie Scott

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

BONNIE SCOTT, an individual, on behalf of herself, all others similarly situated,

Plaintiff,

v.

PRO'S CHOICE BEAUTY CARE, INC.,

Defendant.

Case No. C08-4697-WHA

**~~[PROPOSED]~~ ORDER GRANTING LEAVE TO FILE FIRST AMENDED COMPLAINT**

///

///

///

///

///

**ORDER**:

Good cause appearing, the First Amended Complaint, attached as an exhibit to the Stipulation for Leave to File the First Amended Complaint is hereby deemed filed and served. Pro's Choice shall have until March 20, 2009 to respond to the First Amended Complaint.

Dated: February 23, 2009

UNITED STATES DISTRICT COURT
IT IS SO ORDERED
Judge William Alsup
NORTHERN DISTRICT OF CALIFORNIA

The Honora[...]lsup
Judge of the [...]istrict Court

~~[PROPOSED]~~ ORDER - 1 - CASE NO. C08-4697-WHA