UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SCOTT, an individual, on behalf of herself, all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>PRO'S CHOICE BEAUTY CARE, INC.,<br><br>　　　　　Defendant. | Case No. C08-4697-WHA<br><br>**[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT PRO'S CHOICE BEAUTY CARE, INC. TO RESPOND TO FIRST AMENDED COMPLAINT** |

　　　　IT IS SO ORDERED.  The date for Pro's Choice Beauty Care, Inc.'s response to the First Amended Complaint is continued to March 27, 2009.

Date: March 25, 2009

_____
William H. Alsup
United States District Judge

*IT IS SO ORDERED*
*Judge William Alsup*

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4835-0590-0803 v1

CASE NO.: C08-4697-WHA
[PROPOSED] ORDER