UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SCOTT, an individual, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRO'S CHOICE BEAUTY CARE, INC.,<br><br>Defendant. | Case No.  C08-4697-WHA<br><br>[PROPOSED] ORDER CONTINUING DATE FOR FILING MOTION FOR CLASS CERTIFICATION |

[PROPOSED] ORDER

CASE NO.: C08-4697-WHA

1

2 **ORDER**:

3    Good cause appearing, it is hereby ordered that:

4    1.    The date for Plaintiff's Motion for Class Certification is continued 30 days, or
5 until June 12, 2009, to allow the Parties to prepare and file the moving papers for Plaintiff's
6 Motion for Preliminary Approval of a Class Action Settlement.

7    2.    Upon filing the Motion for Preliminary Approval, the date for filing Plaintiff's
8 Motion for Class Certification will be taken off-calendar.

9    3.    In the event that the Court does not grant Plaintiff's Motion for Preliminary
10 Approval of Class Action Settlement, Plaintiff shall have 20 days from the Court's order denying
11 Preliminary Approval to file a Motion for Class Certification. Defendant shall have ~~45~~ 30 days
12 thereafter to file its opposition, and Plaintiff shall have 20 days thereafter to file its reply
13 memorandum.

14

15 Dated: ~~April~~ May 5, 2009    _____
16                                  The Honorable William Alsup
                                    Judge of the United States District Court

[IT IS SO ORDERED — Judge William Alsup]

---

~~[PROPOSED]~~ ORDER        - 1 -            CASE NO. C08-4697-WHA