MELODIE K. LARSEN, (SBN 110819)
E-mail: mlarsen@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
PRO'S CHOICE BEAUTY CARE, INC

DAVID A. MARKHAM (SBN 071814)
Email: dmarkham@clarkmarkham.com
R. CRAIG CLARK (SBN 129912)
Email: cclark@clarkmarkham.com
JAMES TREGLIO (SBN 228077)
Email: jtreglio@clarkmarkham.com
CLARK & MARKHAM LLP
600 B. Street, Suite 2130
San Diego, CA 92101
Tel: 619.239.1321 Fax: 619.239.5888

Attorneys for Plaintiff Bonnie Scott

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SCOTT, an individual, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRO'S CHOICE BEAUTY CARE, INC.,<br><br>Defendant. | Case No. C08-4697-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE CASE MANAGEMENT ORDER** |

Defendant Pro's Choice Beauty Care, Inc. and Plaintiff Bonnie Scott enter into this stipulation based on the fact that, on September 17, 2009, the Court granted preliminary approval of the class action settlement proposed in this action and scheduled the final approval hearing for January 21, 2010 at 8:00 a.m. In view of the foregoing, the parties hereby stipulate and agree that the dates set in the Case

Management Order (which were continued by four weeks pursuant to the Court's order) be vacated pending the final approval hearing. If the Court does not grant final approval, the parties request that a revised Case Management Order be entered at that time.

Dated: September 23, 2009

BURKE, WILLIAMS & SORENSEN, LLP
MELODIE K. LARSEN

By: *Melodie K Larsen*
Melodie K. Larsen
Attorneys for Defendant
PRO'S CHOICE BEAUTY CARE, INC.

Dated: September 23, 2009

CLARK & MARKHAM, LLP
DAVID R. MARKHAM
R. CRAIG CLARK
JAMES M. TREGLIO

By: *James M. Treglio*
James M. Treglio
Attorneys for Plaintiff BONNIE SCOTT

ORDER

IT IS SO ORDERED.

Date: September 28, 2009

William Alsup
United States District Judge

*IT IS SO ORDERED — Judge William Alsup*