MELODIE K. LARSEN, (SBN 110819)
E-mail: mlarsen@bwslaw.com
BURKE, WILLIAMS & SORENSEN, LLP
444 South Flower Street, Suite 2400
Los Angeles, CA 90071-2953
Tel: 213.236.0600 Fax: 213.236.2700

Attorneys for Defendant
PRO'S CHOICE BEAUTY CARE, INC.

DAVID A. MARKHAM (SBN 071814)
Email: dmarkham@clarkmarkham.com
R. CRAIG CLARK (SBN 129912)
Email: cclark@clarkmarkham.com
JAMES TREGLIO (SBN 228077)
Email: jtreglio@clarkmarkham.com
CLARK & MARKHAM LLP
600 B. Street, Suite 2130
San Diego, CA 92101
Tel: 619.239.1321 Fax: 619.239.5888

Attorneys for Plaintiff Bonnie Scott

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SCOTT, an individual, on behalf of herself, all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>PRO'S CHOICE BEAUTY CARE, INC.,<br><br>    Defendant. | Case No. C08-4697-WHA<br><br>**STIPULATION AND [PROPOSED] ORDER RE NOTICE TO CLASS MEMBER**<br><br>Date: January 21, 2010<br>Time: 8:00 a.m.<br>Place: Courtroom 9<br>Judge: Hon. William Alsup |

LA #4826-8132-7109 v1 — - 1 - — STIPULATION AND [PROPOSED] ORDER

1    Defendant Pro's Choice Beauty Care, Inc. and Plaintiff Bonnie Scott stipulate and agree that the date by which the Claims Administrator must mail the Notice of Pendency of Action, Class Settlement and Final Approval Hearing to potential Settlement Class Member Whitney Reams be extended from October 12, 2009 to December 22, 2009 and that the last date for Ms. Reams to request exclusion from the Settlement Class or object to the Settlement be extended from December 11, 2009 to January 12, 2010. This Stipulation is based on the following facts:

Ms. Reams' name and address was inadvertently not provided to the Claims Administrator, Rust Consulting, with those of the other members of the proposed Settlement Class. Ms. Reams subsequently contacted the Claims Administrator and identified herself as a member of the Settlement Class. Pursuant to the agreement of counsel, Ms. Reams was sent the Notice of Pendency of Action, Class Action Settlement, and Final Approval Hearing on December 22, 2009. *See* Declaration of Jonathan Paul, dated January 14, 2010 submitted in support of Class Action Settlement, Paragraph 12. The parties agreed that Ms. Reams should be given an extension of time to and including January 12, 2010 to request exclusion from the Settlement Class or to object to the Settlement. *Id.* Ms. Reams subsequently sent a letter to the Claims Administrator dated

///
///
///
///
///
///
///
///
///

BURKE, WILLIAMS &
SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4826-8132-7109 v1              - 2 -              STIPULATION AND
                                                      [PROPOSED] ORDER

January 1, 2010 confirming that she wished to be bound by the Class Settlement. A true and correct copy of Ms. Reams' letter is attached as Exhibit B to Mr. Paul's January 14, 2010 Declaration.

Dated: January 15, 2010

BURKE, WILLIAMS & SORENSEN, LLP
MELODIE K. LARSEN

By: /s/ Melodie K. Larsen
Melodie K. Larsen
Attorneys for Defendant
PRO'S CHOICE BEAUTY CARE, INC.

Dated: January 15, 2010

CLARK & MARKHAM, LLP
DAVID R. MARKHAM
R. CRAIG CLARK
JAMES M. TREGLIO

By: /s/ James M. Treglio
James M. Treglio
Attorneys for Plaintiff BONNIE SCOTT

**ORDER**

IT IS SO ORDERED.

Date: January 21, 2010

WILLIAM ALSUP,
United States District Judge

*IT IS SO ORDERED / Judge William Alsup*