1  DAVID R. MARKHAM (SBN 071814)
   Email: dmarkham@clarkmarkham.com
2  R. CRAIG CLARK (SBN 129912)
   Email: cclark@clarkmarkham,com
3  JAMES TREGLIO (SBN 228077)
   Email: jtreglio@clarkmarkham.com
4  CLARK & MARKHAM LLP
   600 B. Street, Suite 2130
5  San Diego, CA 92101
   Tel: 619.239.1321 Fax: 619.239.5888
6
   Attorneys for Plaintiff Bonnie Scott and
7  Putative Class

8

9                UNITED STATES DISTRICT COURT

10             NORTHERN DISTRICT OF CALIFORNIA

11

12  BONNIE SCOTT, an individual, on          Case No.  C08-4697-WHA
    behalf of herself, all others similarly
13  situated,                                [PROPOSED] ORDER OF FINAL
                                             JUDGMENT AND DISMISSAL
14              Plaintiff,                    PURSUANT TO FRCP 41(a)(2)

15       v.                                  Hearing Date:  1/21/10
                                             Time:          8:00 a.m.
16  PRO'S CHOICE BEAUTY CARE,                Courtroom:  9
    INC.,
17                                           Judge:     The Hon. William H. Alsup
                Defendant.
18

19

20

21

22

23

24

25

26

27

28

---

1

2     Pursuant to Plaintiff's Request for Dismissal pursuant to Federal Rule of

3  Civil Procedure 41(a)(2) and for good cause shown, the Court makes the following

4  Order:

5     Final Judgment is hereby entered and this case is hereby dismissed with

6  prejudice.  Without affecting the finality of this Judgment in any way, the Court

7  retains jurisdiction of all matters relating to the interpretation, administration,

8  implementation, effectuation and enforcement of the Settlement herein..*

9     IT IS SO ORDERED

10  Dated:  February 10, 2010



13  The Honorable _____ Judge William Alsup

28  * The undersigned will only retain jurisdiction for three years.

LA #4821-8810-3173 v1        - 2 -        [PROPOSED] ORDER OF FINAL
                                          JUDGMENT AND DISMISSAL