DAVID R. MARKHAM (SBN 071814)
Email: dmarkham@clarkmarkham.com
R. CRAIG CLARK (SBN 129912)
Email: cclark@clarkmarkham.com
JAMES TREGLIO (SBN 228077)
Email: jtreglio@clarkmarkham.com
CLARK & MARKHAM LLP
600 B. Street, Suite 2130
San Diego, CA 92101
Tel: 619.239.1321 Fax: 619.239.5888

Attorneys for Plaintiff Bonnie Scott and Putative Class

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SCOTT, an individual, on behalf of herself, all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PRO'S CHOICE BEAUTY CARE, INC.,<br><br>Defendant. | Case No. C08-4697-WHA<br><br>[PROPOSED] AMENDED ORDER OF FINAL JUDGMENT AND DISMISSAL PURSUANT TO FRCP 41(a)(2)<br><br>Judge: The Hon. William H. Alsup |

Pursuant to Plaintiff's Request for Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(2) and for good cause shown, the Court makes the following Amended Order:

Judgment is entered and this case is dismissed with prejudice. The class bound by the final judgment includes all persons working for or employed by Defendant in California on an hourly basis including, without limitation, as Merchandisers, Merchandising Representatives, VOC Auditors, VOC Representatives, VOC Merchandisers, VOC Specialists, Supervisors, Administrators, or Regional Administrators at any time during the period of October 10, 2004 through September 17, 2009 who are bound as set forth in the Order Granting Final Approval of Class Action Settlement. The individuals bound are identified in Exhibit 1 hereto. Without affecting the finality of this Judgment in any way, the Court retains jurisdiction of all matters relating to the interpretation, administration, implementation, effectuation and enforcement of the Settlement herein.*

IT IS SO ORDERED.

Dated: February 16, 2010



The _____
Judge William Alsup

---

* Jurisdiction will only be maintained for a period of three years from the date of this order.

BURKE, WILLIAMS & SORENSEN, LLP
ATTORNEYS AT LAW
LOS ANGELES

LA #4843-6128-2821 v1

- 2 -

[PROPOSED] AMENDED ORDER OF
FINAL JUDGMENT AND DISMISSAL

SETTLEMENT CLASS MEMBERS

| Last Name | Name |
| --- | --- |
| ABLES | NORMA J |
| ADAMS | EMILY M. |
| ALVARADO | GELBER D. MONTUFAR |
| ALVAREZ | BRENDA D ABARCA |
| ALVAREZ | LYDIA T |
| ALVES | LINDA A. |
| AMAYA | NORA LUZ |
| AMUNDSON | JANET R. |
| ANCAYA | JANICE A |
| ANDAZOLA | TIMOTHY M |
| ANDERSON | CRYSTAL |
| ANDRADE | TERESA A |
| ARCE | TRACY LYNN |
| ARNTT | YVETTE R |
| ARRATOONIAN | VARTAN |
| ARRUDA | CONNIE M. |
| ASHBURN | MARILYN |
| ASHMORE | BRENDA J |
| ASTORGA | LISHA L |
| AUDELO | LILLIAN |
| AUSBORN | KATRINA L. |
| AUSEN | DANA LEE |
| BARBER | SANDRA |
| BARNES | ANGELINA M. |
| BASH | SUZANNI T. |
| BATES | PATRICIA |
| BEAVER | CINDY D. |
| BELLO | JANINE M |
| BENNETT | BRIDGETT RENE |
| BERG | JANET |
| BERTINO | LYNDA J |
| BETTENCOURT | ELSA C |
| BEVERLY | TYNYA R |
| BEVILLE | DEE G. |
| BIBLE | DONALD R |
| BIBLE | LORRIE R. |
| BIOLSI | ANNEMARIE |
| BLANCHE | LYNNE |
| BONGIRNO | RENEE A |
| BOWES | AUDRA W. |
| BOYLE | PATRICIA ANN |
| BRANDON | CATHERINE A |
| BRANT | KATHLEEN F |
| BROOKS | PATRICIA A |
| BROOKS | JACQULYNE SUE |
| BROWN | CAROL MARIE |
| BULL | SANDRA KAY |
| BURDETTE | CLAUDINE E |
| BURECU | STRIANA |
| BURRES | CHARRIE L |
| BYERLY | JENNIFER LEE ANN |

**EXHIBIT 1**

SETTLEMENT CLASS MEMBERS

| | |
|---|---|
| C ALBRECHT | JULIE |
| CACCAVALE | TRACIE M. |
| CACERES | JORGE A |
| CAGINITOBA | LITIANNA |
| CALAHAN | JUDY |
| CALIFANO | MARY ANN |
| CANTER | KAREN LYNN |
| CARDENAS | TINA |
| CARDOZA | CYNTHIA L |
| CARGILL | DORIS F. |
| CARLIN | MYRA S |
| CARLOZZI | RACHEL L. |
| CARPENTER | MAXINE A. |
| CARRIER | ALICE |
| CARTER | RONNIE |
| CARTER | TIAJUANA A |
| CASAS | LILI |
| CERVANTES | JESSICA |
| CHANOSKI | CHRIS LYN |
| CHESTANG | CARLA |
| CHILDS | JEANNE E. |
| CHRISTENSEN | TERRY L |
| CHRISTOFILIS | KIMBERLY M. |
| CLARY | RENETTA CHARLENE |
| CLATTERBUCK | JOY W |
| CLOW | ALICIA C. |
| COATES | KIMBERLY A. |
| COFFEE | ROBIN |
| COFFMAN | JULIE KAY |
| COLLINS | DANA L |
| COLOSI | MARIA A |
| COLOSI | TOM F |
| CONERY-RAAGAS | KATHLEEN P |
| CONTI | JENNIFER L |
| CONTRERAS | CAROLINA G. |
| COPE | MICHELLE |
| COPPOLA | FRANCO |
| CORNWELL | CAROL A |
| CORTINA-LOUPE | EVELYN R |
| COSGROVE | TASHA G |
| CRAMER | LINDA LEE |
| CRAWFORD | JENNIFER L |
| CRAWFORD | TERRY |
| CRINER | DELIA |
| CRONAN | DANIEL B |
| CUETARA | MARLENE D. |
| CURLES | LORI A |
| DAMICO | JOANNE |
| DANIELS | BRIGITTE |
| DANSIRISANTI | MALA |
| DARBY | KEVIN J |
| DAVENPORT | TERRY K |

SETTLEMENT CLASS MEMBERS

| | |
|---|---|
| DAVENPORT | DESSIREE M |
| DAVIDSON | JOYCE M |
| DAVIS | RUTH E |
| DAVIS | MONICA D. |
| DAVIS | KIMBERLY A. |
| DAY | LINDA H |
| DEAVERS | JACKIE L |
| DEHART | JEANNE C |
| DELANEY | EVELYN L |
| DELEON | SHERRI L |
| DEMIAN | SALWA S |
| DEWITT | ERIN D |
| DIANO | DENISE L. |
| DIEGO | RAQUEL |
| DIRRO | RITA |
| DOAN | DEBORA E |
| DOMINGUEZ | WALTER P |
| DONOHO | SHEILA E |
| DORFLER | LAURA J |
| DOUGHERTY | AL J |
| DOUTHIT | KATHRINE P |
| DUBROFF | SUZANNE |
| DUNKIN | DANITA K |
| DUNKIN | JESCIKA N |
| DUNN | ALMA J. |
| DUNSTON | CHERYL DENISE |
| EDWARDS | ERNESTINE |
| ENDER | RHODA |
| ENDICOTT | SANDRA L |
| ENGLISH | JESSICA M |
| ENGLISH | CHRISTINA |
| ERICKSON | AMBERAE L |
| ESCOTO | CHRISTINA R |
| ESQUIBEL | MARSHA ELLEN |
| FAIRBAIRN | KAY J |
| FALK | TODD O |
| FAULCONER | LUCY M |
| FIELDS | LISA C |
| FINE | DIANA K |
| FISHER | LASHONDA L |
| FISK | BRANDI M |
| FORD | DARLENE |
| FORSBERG | KIMBERLY A |
| FOSTER | CHARLENE G |
| FOSTER | SUSAN LEE |
| FOSTER | PATTI A |
| FRANCIS | SUE E |
| FRANCO | ROSALINDA |
| FRYE | MURPHIE L |
| FUENTES | CARINA L |
| GAGETTA | LAUNA LEE |
| GARCIA | LYDIA |

SETTLEMENT CLASS MEMBERS

| | |
|---|---|
| GARCIA | KARLA H. |
| GARCIA | BELEN V |
| GARCIA | AMPARO |
| GARIBALDI | AMY |
| GARICA | LORRAINE |
| GEORGE | CHERYL A. |
| GETRUE | DANIEL LEE |
| GODDARD | CAROL A |
| GODINA | KRISTY DIANE |
| GOMEZ | LYNNE L. |
| GONZALES | DARLENE A. |
| GONZALEZ | ANA M |
| GOODING | DEBORAH E |
| GOUIN | SUSAN REBECCA |
| GOWIN | CLAUDIA J |
| GRANT | BRENDA J |
| GRAY | CYNTHIA P |
| GREEN | DANA K |
| GREEN | SUZI M |
| GREENLEAF | SHARIN M |
| GRIGSBY | MISHL E. |
| GRIMALDI | DAN JOSEPH |
| GRIMMETT | WENDY G |
| GUADRON | MERCEDES E |
| GUEVARA | BRENDA J |
| GUITE | CHRISTINE M. |
| GURNEY | SHERYL L |
| GUTIERREZ | BURNETTE |
| HAGEMAN | TERRIE R |
| HAKES | CYNTHIA L |
| HALBUR | SHERI L |
| HALE | RENEE M |
| HALL | JUDITH L |
| HANICH | RICHARD J |
| HARDIN | RENEE L |
| HARMON | JERILYNN |
| HARRINGTON | STACEY D |
| HARRIS | LATANYA |
| HARRIS | OMAR |
| HARRIS | JESSICA L |
| HART | DAHLIA P |
| HEFFLEY | GARY L |
| HEINS | KAREN M |
| HELOU | SETA |
| HENKIN | SONIA |
| HERIFORD | CYNTHIA M. |
| HERNANDEZ | MARTHA P |
| HERNANDEZ | ELIZABETH |
| HESS | SABRINA V |
| HESSON | LYNN FRANCES |
| HIERRO | DEBRA ANN |
| HILLERMAN | KRISTIN L. |

SETTLEMENT CLASS MEMBERS

| | |
|---|---|
| HINES | PENNY J |
| HINES | TY EDWARD |
| HIRAGA-RODRIGUEZ | SU |
| HOFFMAN | PAMELA W |
| HOFFMANN | DIANA L |
| HOLZBERG | ROBIN J |
| HUDDLESTON | BERNICE E |
| HUGHES | SHARON T. |
| ISSAKOO | LIDA G. |
| JACK | JANE |
| JENSEN | JAMES P |
| JOHNSON | DEBRA E |
| JOHNSON | CYNTHIA A |
| JOHNSON | JENNIFER A |
| JOHNSON | ROBYN L |
| JOHNSTON | NAOMI |
| JONES | DEBRA D |
| JONES | MAUD |
| JONES | LESHAWN A |
| JULIAN-WEST | BARBARA |
| KARDEN | SANDRA E |
| KARMENDY | JEANINE |
| KEINDL | CATHLEEN |
| KELLEY | JANNETTE E |
| KELLY | CYNTHIA L |
| KENNEDY | JOANNE M |
| KENTNER | LINDA J |
| KERSEY | MARIELLEN C |
| KIERSTEIN | LAURIE A |
| KING | KATELYN |
| KOLBUSZ | LEE |
| KRALL | LINDSAY J. |
| KRISTIE | PAMELA C |
| KRUMM | JENNIFER ANN |
| KRUMM | NANCY C |
| KUNKEL | MADELIN L |
| L INGALLS | KERRIE |
| LANG | AMY M |
| LANGE | SUZANNE D |
| LASSITER | MAGDALENA |
| LAUMB | HEATHER AILEEN |
| LEAL | SARAH CRUZ |
| LEE | INGRID M |
| LEFTWICH | LARRY W |
| LEIPOLD | DONNA L |
| LEITH | JEANNE A. |
| LEMUS | RITA M |
| LEN | IRENE |
| LOPEZ | ESTELLA B |
| LOPEZ | BARBARA J. |
| LORENZ | RACHELLE SUZETTE |
| LOWER | LORETTA JEAN |

SETTLEMENT CLASS MEMBERS

| | |
|---|---|
| LOY | PEGGY M |
| LUCAS | TAYLOR |
| LUDWIG | LISA |
| LUNA | DREIDY N |
| LUTHER | KATHLEEN A |
| LYNCH | SHERYL M |
| LYND | LISA D. |
| MACHADO | ANGELA S |
| MACIAS | MIGUEL |
| MACOM | MATHEW |
| MAHER | BERNADETTE E |
| MARKERT | KATHY S. |
| MARKS | CAROLE L. |
| MARTINEZ | JEAN G ARRETCHE |
| MATSIKH | LYUDMILA |
| MATTINGLY | LINDA JEAN |
| MAY | KIM C |
| MCCANN | DENIS PATRICK |
| MCCHESNEY | TERRY K |
| MCCULLOUGH | BARBARA |
| MCPHERSON | PERI S |
| MEDINA | AMANDA J |
| MELLO | PATRICIA J |
| MELTON | ELLEN P |
| METSUTNAN | SOUWALAX |
| MIKOLON | CHRISTINA E |
| MILLER | ANITA S |
| MILLER | DEBRA |
| MONTERO | MARY |
| MONTGOMERY | JULIE CHRISTINE |
| MOODY | BRENDA |
| MOORE | MARKAYE S |
| MOORE | CAROLYN L |
| MOORE | MYRNA C. |
| MORRIS | BARBARA J. |
| MOULTON | ALLISON FAYE |
| NAVARRO | EVITA |
| NEAL | LAURIE NICHOLS |
| NELSON | ROBERT L |
| NELSON | MARSHA M. |
| NEUBECKER | KATHY A |
| NGUYEN | YENOANH H |
| NISWONGER | DEBORAH ARAGON |
| NIX | SUE MARIE |
| NOACK | KIMBERLY ANN FREIER |
| NOLASCO | ELIZABETH |
| NORTON | SANDRA K. |
| NOTRANGELO | SHARLES C |
| ODAY | SANDI L |
| OJANPERA | MELISSA J |
| ONEAL | ALLENE J |
| ONEAL | LESHAWN A |

| | |
|---|---|
| ORTIZ | CONCEPCION C |
| OSTER | CARROLL D |
| OSTERMAN | LYNNE M |
| PACK | KAREN C |
| PAGE | LORRAINE C |
| PALMBERG | NORMA J |
| PARHAM | KRYNN |
| PASTORI | DEBORAH S |
| PATO | KATHERINE M |
| PEREZ | DORA M |
| PERIANEZ | LUCY M |
| PERKINS | KARI DEANN |
| PETERS | REBECCA LYNN |
| PHILLIPS | SHERRY L |
| PICARD | ALESCIA |
| PIERCE | DEBBIE JEAN |
| PITTS | LARRY E. |
| POEHNER | PATRICIA L |
| POUEU | CARA LEE |
| POVENMIRE | RICHARD S |
| POWELL | JENNIFER M |
| PROK | LISA D.A. |
| QUEEN | SHARON L |
| QUINONEZ | DORA I |
| RAAB | SARAH A |
| RADDEN | LAWRENCE J |
| RAGLE | DEANNA K. |
| RAICEVIC | DUSANKA |
| RAMIREZ | SUMMER JEAN |
| RAMIREZ | NANCI G. |
| RAMIREZ | ROGER A |
| RAMOS | PATRICIA R |
| RAND | ASHLEY M. |
| RANSOM | KRISTIN ANN |
| RANSOM | KAYSIE D |
| REAMS | WHITNEY |
| REDMAN | KEITH A |
| RENEAU | KATHLEEN R |
| REVERE | LINDA M |
| REYNOSO | KARINA M |
| RICH | CAROLINE J |
| RICKARD | KELLY M |
| RIDEAU | FRANCES ELLEN |
| RIGGS | JULIE A |
| RINI | DANIELLE M |
| RIVERS | ANN E |
| ROBERSON | JOYCE |
| RODRIGUEZ | ADRIANA |
| RODRIGUEZ | SYLVIA |
| ROGERS | PATRICIA M |
| ROGERS | JULIE A. |
| ROSA | DARLENE SELENA |

SETTLEMENT CLASS MEMBERS

| | |
|---|---|
| ROSAS | CYNTHIA I |
| ROSENBERG | SIOBHAN H |
| ROSENTHAL | JOAN N |
| ROSS | MONICA |
| ROSSOTTI | DIAN L |
| ROURKE-SILKWOOD | COLLEEN |
| RUDD | SUE |
| RUIZ | CYNTHIA A |
| RUSS | CAROL C |
| RUSSELL | SHONDA N |
| SAARI | JAN ELLEN |
| SADLER | ARTHUR THOMAS |
| SAIA | JULIE A |
| SAIN | NICKIE T. |
| SALAS | JONATHAN R. |
| SALAZAR | KATHY J |
| SALAZAR | OLGA G. |
| SANCHEZ | IMELDA M. |
| SANDBERG | BETH ANN |
| SANTANA | GERALD |
| SAPORITO | JAN C |
| SAYRE | JEANNE M |
| SCHAFFER | CLAUDIA |
| SCHILLINSKY | PATRICIA K |
| SCHLETTI | KAREN |
| SCHNEIDMILLER | LORRAINE D |
| SCHWARZROCK | LAURIE L |
| SCOTT | BONNIE S |
| SCOTT | TIPHANIE |
| SCUDDER | NANNETTE Y. |
| SEALS | ANGELA M |
| SEGOVIANO | MELINA |
| SEMPELL | CHELSEA D |
| SERRANO | JESSICA |
| SHANKLIN | SHAUN Z |
| SHILLING | GWEN E |
| SHIPMAN | KIMBERLY KAY |
| SHUPE | CHRISTINE F |
| SIMMONS | JANET L. |
| SINHA | DEBDAS |
| SMART | DOREEN J |
| SMITH | LAURA M. MOROZ |
| SMITH | MARILYNN JO |
| SMITH | NELSA M |
| SMITH | SAMANTHA R |
| SMITH | JUDY A |
| SOARES | SKYLAR MAE |
| SOLOMON | INGRID |
| SORIANO | ANNETTE M. |
| STANLEY | DEBRA I |
| STARNES | ANNIE M |
| STEEN | SUIZE |

SETTLEMENT CLASS MEMBERS

| | |
|---|---|
| STENBACK | DEBORAH L |
| STEWART | TERESA A |
| STEWART | SHARON |
| STONE | TANIA K |
| STRANDBURG | KATHERINE |
| STRICEVIC | JADRANKA |
| SUMNER | XOCHILT VERONICA |
| SUMROW | PATRICIA A |
| SWEET | ODESSA |
| TAITANO | MARIANNE |
| TAYLOR | TRACI LIN |
| TERRY | KATHLEEN ANN |
| THOMAS | RENEE |
| THOMAS | ERIN |
| THOMPSON | CONNIE L |
| THRELFALL | DEBRA A |
| TIDMORE | MICHELLE A |
| TODOROVIC | BILJANA |
| TODOROVICH | SVETLANA |
| TRACY | JULIA ANN |
| TRAVERS | ELOISE M. |
| TRAVIOLI | MELANI |
| TUERK | MARY L |
| TURNER | JOHN H |
| TURNER-KEHINDE | ZIYESHA W |
| USHER | JOYCE |
| VALDIVIA | KANDICE K |
| VALLEJO | DANILO N |
| VAN DER GROEN | DANNY H |
| VAN METER JR | MELVIN R |
| VARELA | SUSAN M |
| VEJAR | HELEN |
| VENEGAS | CARLOS ANDREW |
| VICKERS | PHYLLIS J |
| WALLER | DONNETTE L |
| WALLIS | KATHLEEN S |
| WALLIS | CHERYL A |
| WALTH | JOYCE L |
| WARDEN | LISA MARIE |
| WARMAN | IRENE |
| WARREN | VALERIE KAYE |
| WATTS | CAROLYN C. |
| WEIGHILL | RACHEL |
| WELKER | ANDREW P |
| WELLS | KAREN J |
| WHITE | TIFFANY A |
| WIELER | JOHN E. |
| WILHELM | VALLERI C |
| WILLIAM | KIMBERLY |
| WILLIAMS | INDIA |
| WILLIAMS | MAURA E |
| WILLIAMS | PATANISHA ALIA |

## SETTLEMENT CLASS MEMBERS

| | |
|---|---|
| WILLIAMS | ELIZABETH H |
| WILLIAMS | RONDA K |
| WILSON | H. RAY |
| WISE | ANDREA L |
| WISE | NANCY |
| WITKOWSKY | DENNIS E |
| WOODWARD | ANN M |
| YANEZ | RICHARD |
| YATO | KATHERINE ANN YANO |
| YOUNG | SANDRA L |
| ZANZE | BARBARA M |
| ZIENCINA | KRISTEN L |
| ZURN-VARDY | MICHELLE L |