# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BONNIE SCOTT, an individual, on behalf of herself, all others similarly situated,<br><br>   Plaintiff,<br><br> v.<br><br>PRO'S CHOICE BEAUTY CARE, INC.,<br><br>   Defendant. | Case No. C08-4697-WHA<br><br>[PROPOSED] ORDER RE COMPLETION OF CLAIMS ADMINISTRATION |

///
///
///
///
///
///

1  Pursuant to the stipulation of the parties and for good cause shown, the Court finds that Settlement Checks were sent to all Settlement Class Members as required by the Court's January 26, 2010 Order Granting Final Approval of Class Settlement.

The Settlement Class Members whose names appear on Exhibit A hereto negotiated their Settlement Checks. The Settlement Class Members whose names appear on Exhibit B did not negotiate their Settlement Checks. The Settlement Checks that were not negotiated total $6,257.61.

Pursuant to Paragraph 4(a)(6) of the Settlement Agreement, the Claims Administrator is ordered to immediately remit the $6,257.61 in unclaimed Settlement funds to the Boys and Girls Club of the Bellport Area, 471 Atlantic Avenue, Bellport, New York 11713-1920, Attention: Tracie Van Dina, Executive Director. Any and all tax refunds associated with the uncashed Settlement Checks shall also be promptly remitted to the Boys and Girls Club of the Bellport Area at the foregoing address upon receipt. The Claims Administrator shall provide written confirmation to the Court and counsel for the parties certifying that all such payments have been made.

IT IS SO ORDERED.

DATED: November 23, 2010

_____
WILLIAM H. ALSUP, UNITED STATES DISTRICT COURT JUDGE

**EXHIBIT A**

## Exhibit A

**AWARD CHECKS NEGOTIATED BY 10/4/2010**
SABRINA V HESS
LORETTA JEAN LOWER
BERNADETTE E MAHER
KATHERINE M PATO
RICHARD S POVENMIRE
SHARON STEWART
JANET R. AMUNDSON
SANDRA BARBER
ANNEMARIE BIOLSI
KATHLEEN F BRANT
KIMBERLY A. COATES
RUTH E DAVIS
LINDA H DAY
JACKIE L DEAVERS
SHERRI L DELEON
DENISE L. DIANO
WALTER P DOMINGUEZ
SUSAN LEE FOSTER
SUSAN REBECCA GOUIN
ELIZABETH HERNANDEZ
JEANINE KARMENDY
LAURIE A KIERSTEIN
KATHY S. MARKERT
LINDA JEAN MATTINGLY
BARBARA MCCULLOUGH
BARBARA J. MORRIS
ROBERT L NELSON
DORA I QUINONEZ
DEANNA K. RAGLE
PATRICIA R RAMOS
DANIELLE M RINI
PATRICIA M ROGERS
JOAN N ROSENTHAL
COLLEEN ROURKE-SILKWOOD
KIMBERLY KAY SHIPMAN
JANET L. SIMMONS
ERIN THOMAS
RENEE THOMAS
MICHELLE A TIDMORE
JULIA ANN TRACY
ZIYESHA W TURNER-KEHINDE
DONNETTE L WALLER
CAROLYN C. WATTS

## Exhibit A

**AWARD CHECKS NEGOTIATED BY 10/4/2010**
H. RAY WILSON
LINDA LEE CRAMER
LISA C FIELDS
KERRIE L INGALLS
TIMOTHY M ANDAZOLA
CONNIE M. ARRUDA
LISHA L ASTORGA
DANA LEE AUSEN
STRIANA BURECU
JENNIFER LEE ANN BYERLY
JUDY CALAHAN
CYNTHIA L CARDOZA
RONNIE CARTER
KIMBERLY M. CHRISTOFILIS
JOY W CLATTERBUCK
MICHELLE COPE
FRANCO COPPOLA
TASHA G COSGROVE
JENNIFER L CRAWFORD
DELIA CRINER
KIMBERLY A. DAVIS
RITA DIRRO
SHEILA E DONOHO
KATHRINE P DOUTHIT
CHERYL DENISE DUNSTON
DIANA K FINE
DANIEL LEE GETRUE
KRISTY DIANE GODINA
CLAUDIA J GOWIN
DAN JOSEPH GRIMALDI
MERCEDES E GUADRON
BRENDA J GUEVARA
CYNTHIA M. HERIFORD
LYNN FRANCES HESSON
KRISTIN L. HILLERMAN
BERNICE E HUDDLESTON
CYNTHIA A JOHNSON
ROBYN L JOHNSON
MAUD JONES
CATHLEEN KEINDL
CYNTHIA L KELLY
NANCY C KRUMM
SUZANNE D LANGE

Exhibit A

**AWARD CHECKS NEGOTIATED BY 10/4/2010**
SARAH CRUZ LEAL
RACHELLE SUZETTE LORENZ
ANGELA S MACHADO
KIM C MAY
DENIS PATRICK MCCANN
KAREN C PACK
LUCY M PERIANEZ
REBECCA LYNN PETERS
DEBBIE JEAN PIERCE
LARRY E. PITTS
LINDA M REVERE
KARINA M REYNOSO
ANN E RIVERS
DIAN L ROSSOTTI
KATHY J SALAZAR
PATRICIA K SCHILLINSKY
SAMANTHA R SMITH
INGRID SOLOMON
SUIZE STEEN
JADRANKA STRICEVIC
PATRICIA A SUMROW
BILJANA TODORCVIC
ELOISE M. TRAVERS
MARY L TUERK
PATANISHA ALIA WILLIAMS
RICHARD YANEZ
SANDRA L YOUNG
BRENDA J GRANT
JOANNE M KENNEDY
LYNNE M OSTERMAN
SYLVIA RODRIGUEZ
JULIE C ALBRECHT
BRENDA J ASHMORE
JANINE M BELLO
ELSA C BETTENCOURT
DEE G. BEVILLE
DONALD R BIBLE
LORRIE R. BIBLE
MAXINE A. CARPENTER
CARLA CHESTANG
TERRY L CHRISTENSEN
ALICIA C. CLOW
JENNIFER L CONTI

# Exhibit A

**AWARD CHECKS NEGOTIATED BY 10/4/2010**
CAROL A CORNWELL
LORI A CURLES
KEVIN J DARBY
JEANNE C DEHART
RAQUEL DIEGO
AL J DOUGHERTY
JESCIKA N DUNKIN
ALMA J. DUNN
JESSICA M ENGLISH
TODD O FALK
LUCY M FAULCONER
LASHONDA L FISHER
DARLENE FORD
KIMBERLY A FORSBERG
BELEN V GARCIA
AMY GARIBALDI
WENDY G GRIMMETT
CHRISTINE M. GUITE
SHERI L HALBUR
JUDITH L HALL
JESSICA L HARRIS
OMAR HARRIS
DEBRA ANN HIERRO
TY EDWARD HINES
PENNY J HINES
DIANA L HOFFMANN
HEATHER AILEEN LAUMB
RITA M LEMUS
BARBARA J. LOPEZ
TAYLOR LUCAS
DREIDY N LUNA
MIGUEL MACIAS
CAROLE L. MARKS
TERRY K MCCHESNEY
PATRICIA J MELLO
CHRISTINA E MIKOLON
LAURIE NICHOLS NEAL
NORMA J PALMBERG
JENNIFER M POWELL
ASHLEY M. RAND
KRISTIN ANN RANSOM
KATHLEEN R RENEAU
CAROLINE J RICH

## Exhibit A

**AWARD CHECKS NEGOTIATED BY 10/4/2010**
CYNTHIA A RUIZ
JAN ELLEN SAARI
JULIE A SAIA
LORRAINE D SCHNEIDMILLER
LAURIE L SCHWARZROCK
DOREEN J SMART
ANNIE M STARNES
TANIA K STONE
CONNIE L THOMPSON
MELANI TRAVIOLI
INDIA WILLIAMS
ANDREA L WISE
KRISTEN L ZIENCINA
JULIE KAY COFFMAN
WHITNEY REAMS
MARILYN ASHBURN
LILLIAN AUDELO
JEANNE E. CHILDS
MARIA A COLOSI
TOM F COLOSI
CAROLINA G. CONTRERAS
EVELYN L DELANEY
SUE E FRANCIS
SUZI M GREEN
LATANYA HARRIS
PAMELA W HOFFMAN
JENNIFER A JOHNSON
MARIELLEN C KERSEY
KATELYN KING
DONNA L LEIPOLD
SHARLES C NOTRANGELO
CARROLL D OSTER
LORRAINE C PAGE
ALESCIA PICARD
PATRICIA L POEHNER
KEITH A REDMAN
ADRIANA RODRIGUEZ
JULIE A. ROGERS
OLGA G. SALAZAR
JEANNE M SAYRE
NELSA M SMITH
MARIANNE TAITANO
DANNY H VAN DER GROEN

7

## Exhibit A

**AWARD CHECKS NEGOTIATED BY 10/4/2010**
JOYCE L WALTH
PAMELA C KRISTIE
TRACY LYNN ARCE
VARTAN ARRATOONIAN
PATRICIA BATES
PATRICIA A BROOKS
JORGE A CACERES
RACHEL L. CARLOZZI
KATHLEEN P CONERY-RAAGAS
DANITA K DUNKIN
ERNESTINE EDWARDS
CAROL A GODDARD
RENEE M HALE
RICHARD J HANICH
JERILYNN HARMON
SONIA HENKIN
SU HIRAGA-RODRIGUEZ
LIDA G. ISSAKOO
INGRID M LEE
LISA D. LYND
PERI S MCPHERSON
ELLEN P MELTON
BRENDA MOODY
MARKAYE S MOORE
MARSHA M. NELSON
ELIZABETH NOLASCO
CONCEPCION C ORTIZ
CYNTHIA I ROSAS
JONATHAN R. SALAS
IMELDA M. SANCHEZ
CHELSEA D SEMPELL
GWEN E SHILLING
CHRISTINE F SHUPE
MARILYNN JO SMITH
ANNETTE M. SORIANO
DEBORAH L STENBACK
TERESA A STEWART
XOCHILT VERONICA SUMNER
SUSAN M VARELA
KATHLEEN S WALLIS
LISA MARIE WARDEN
VALERIE KAYE WARREN
BARBARA M ZANZE

## Exhibit A

**AWARD CHECKS NEGOTIATED BY 10/4/2010**
EMILY M. ADAMS
SUZANNI T. BASH
LYNDA J BERTINO
ALICE CARRIER
BRIGITTE DANIELS
DEBORA E DOAN
PATTI A FOSTER
STACEY D HARRINGTON
GARY L HEFFLEY
ROBIN J HOLZBERG
SHARON T. HUGHES
JAMES P JENSEN
SANDRA E KARDEN
MADELIN L KUNKEL
MAGDALENA LASSITER
IRENE LEN
ESTELLA B LOPEZ
PEGGY M LOY
KATHY A NEUBECKER
FRANCES ELLEN RIDEAU
JULIE A RIGGS
BONNIE S SCOTT
KATHERINE STRANDBURG
TRACI LIN TAYLOR
KATHLEEN ANN TERRY
RONDA K WILLIAMS
ELIZABETH H WILLIAMS
DENNIS E WITKOWSKY
BRENDA D ABARCA ALVAREZ
CARLOS ANDREW VENEGAS
CRYSTAL ANDERSON
LYNNE BLANCHE
TERRY K DAVENPORT
CHRISTINA ENGLISH
LYNNE L. GOMEZ
CYNTHIA P GRAY
LEE KOLBUSZ
KAYSIE D RANSOM
KELLY M RICKARD
GERALD SANTANA
NANNETTE Y. SCUDDER
JESSICA SERRANO
SHAUN Z SHANKLIN

## Exhibit A

**AWARD CHECKS NEGOTIATED BY 10/4/2010**
KAREN J WELLS
LAURA J DORFLER
YVETTE R ARNTT
ANGELINA M. BARNES
CAROL MARIE BROWN
RENETTA CHARLENE CLARY
DANA L COLLINS
SALWA S DEMIAN
KAREN M HEINS
DEBRA MILLER
DEBORAH S PASTORI
JAN C SAPORITO
KAREN LYNN CANTER
KANDICE K VALDIVIA
TYNYA R BEVERLY
RENEE A BONGIRNO
TRACIE M. CACCAVALE
TINA CARDENAS
DESSIREE M DAVENPORT
ROSALINDA FRANCO
JANE JACK
AMY M LANG
SHERRY L PHILLIPS
SUE RUDD
CLAUDIA SCHAFFER
DEBRA A THRELFALL
NORMA J ABLES
JACQULYNE SUE BROOKS
MARY ANN CALIFANO
KAY J FAIRBAIRN
MURPHIE L FRYE
CYNTHIA L HAKES
MARTHA P HERNANDEZ
AMANDA J MEDINA
EVITA NAVARRO
SARAH A RAAB
DEBRA I STANLEY
SANDRA KAY BULL
TIAJUANA A CARTER
EVELYN R CORTINA-LOUPE
JEANNE A. LEITH
LAURA M. MOROZ SMITH
SHARON L QUEEN

## Exhibit A

**AWARD CHECKS NEGOTIATED BY 10/4/2010**
ROGER A RAMIREZ
NANCI G. RAMIREZ
NICKIE T. SAIN
DEBDAS SINHA
MAURA E WILLIAMS
BARBARA JULIAN-WEST
LYUDMILA MATSIKH
JULIE CHRISTINE MONTGOMERY
TIPHANIE SCOTT
JUDY A SMITH
ANDREW P WELKER
ERIN D DEWITT
LAUNA LEE GAGETTA
SETA HELOU
JANNETTE E KELLEY
ALLENE J ONEAL
LAWRENCE J RADDEN
CLAUDINE E BURDETTE
MARLENE D. CUETARA
GELBER D. MONTUFAR ALVARADO
MYRNA C. MOORE
SANDI L ODAY
MELVIN R VAN METER JR
KIMBERLY ANN FREIER NOACK
ODESSA SWEET
JOYCE M DAVIDSON
BRANDI M FISK
LINDA J KENTNER
CAROLYN L MOORE
CARA LEE POUEU
PHYLLIS J VICKERS
IRENE WARMAN
KIMBERLY WILLIAM
MELISSA J OJANPERA
HELEN VEJAR
TERRY CRAWFORD
RHODA ENDER
RENEE L HARDIN
VALLERI C WILHELM
KARLA H. GARCIA
KRYNN PARHAM
DORA M PEREZ
CHARRIE L BURRES

## Exhibit A

**AWARD CHECKS NEGOTIATED BY 10/4/2010**
SANDRA L ENDICOTT
DAHLIA P HART
CAROL C RUSS
CHRISTINA R ESCOTO
CATHERINE A BRANDON
AUDRA W. BOWES
CHRIS LYN CHANOSKI
CHARLENE G FOSTER
JOANNE DAMICO
LYDIA GARCIA
ANA M GONZALEZ
LARRY W LEFTWICH
ARTHUR THOMAS SADLER
JOYCE ROBERSON
CHERYL A. GEORGE
SUE MARIE NIX
LINDSAY J. KRALL
KAREN SCHLETTI
DORIS F. CARGILL
SOUWALAX METSUTNAN
NORA LUZ AMAYA
ROBIN COFFEE
ALLISON FAYE MOULTON
ANN M WOODWARD
AMBERAE L ERICKSON
BETH ANN SANDBERG
JOHN H TURNER
MYRA S CARLIN
SHARIN M GREENLEAF
JANET BERG
SIOBHAN H ROSENBERG
JOHN E. WIELER
NANCY WISE
JANICE A ANCAYA
AMPARO GARCIA

**EXHIBIT B**

## Exhibit B

**AWARD CHECKS NOT NEGOTIATED AND CANCELLED**
BRIDGETT RENE BENNETT
DARLENE A. GONZALES
DEBRA E JOHNSON
DUSANKA RAICEVIC
JOYCE USHER
KATHERINE ANN YANO YATO
LESHAWN A JONES
LILI CASAS
LYDIA T ALVAREZ
MISHL E. GRIGSBY
PATRICIA ANN BOYLE
RACHEL WEIGHILL
SANDRA K. NORTON
SHERYL M LYNCH
SVETLANA TODOROVICH
YENOANH H NGUYEN
LINDA A. ALVES
TERESA A ANDRADE
JEAN G ARRETCHE MARTINEZ
KATRINA L. AUSBORN
CINDY D. BEAVER
LITIANNA CAGINITOBA
JESSICA CERVANTES
DANIEL B CRONAN
MALA DANSIRISANTI
MONICA D. DAVIS
SUZANNE DUBROFF
MARSHA ELLEN ESQUIBEL
CARINA L FUENTES
LORRAINE GARICA
DEBORAH E GOODING
SHERYL L GURNEY
BURNETTE GUTIERREZ
TERRIE R HAGEMAN
NAOMI JOHNSTON
DEBRA D JONES
JENNIFER ANN KRUMM
LISA LUDWIG
KATHLEEN A LUTHER
MATHEW MACOM
ANITA S MILLER
MARY MONTERO
DEBORAH ARAGON NISWONGER

## Exhibit B

**AWARD CHECKS NOT NEGOTIATED AND CANCELLED**
LESHAWN A ONEAL
KARI DEANN PERKINS
LISA D.A. PROK
DARLENE SELENA ROSA
MONICA ROSS
SHONDA N RUSSELL
ANGELA M SEALS
MELINA SEGOVIANO
SKYLAR MAE SOARES
DANILO N VALLEJO
CHERYL A WALLIS
TIFFANY A WHITE
MICHELLE L ZURN-VARDY
SUMMER JEAN RAMIREZ